USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/27/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SECURITY NATIONAL INSURANCE COMPANY,**

                   **Petitioner,**

                -against-

**ARMENDAREZ,**

                   **Respondent.**

**22-mc-00325 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Petitioner's letter requesting a pre-motion conference. ECF No. 17. To date Respondent has yet to file a letter response.

Respondent is hereby **ORDERED** to file a letter responding the Petitioner's request on or by **February 1, 2023**.

**SO ORDERED.**

Dated:    January 27, 2023
             New York, New York

                                            _/s/ Andrew L. Carter_

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**