```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/23/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SECURITY NATIONAL INSURANCE COMPANY,**

                 **Petitioner,**

        -against-

**ARMENDAREZ,**

                 **Respondent.**

---

22-mc-00325 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court had originally scheduled a pre-motion conference for February 23, 2023 at 2:00 p.m. The pre-motion conference is hereby **ADJOURNED** until **March 7, 2023 at 3:00 p.m.** The parties shall contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    February 23, 2023
             New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**