**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SECURITY NATIONAL INSURANCE COMPANY,**

                    **Petitioner,**

      -against-

**ARMENDAREZ,**

                    **Respondent.**

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/7/2023

**22-mc-00325 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      As discussed in the today's Court Conference, the Petitioner is hereby **GRANTED** leave to file a motion to dismiss. Petitioner's opening brief is due **March 21, 2023**. Respondent's opposition is due **April 4, 2023**. Petitioner's reply, if any, is due **April 11, 2023**.

**SO ORDERED.**

Dated:   **March 7, 2023**
           **New York, New York**

*/s/ Andrew L. Carter, Jr.*

---
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**